Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
August 23, 2005









Petition for Writ of Mandamus Dismissed and Memorandum
Opinion filed August 23, 2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00854-CV

____________

 

IN RE SCOTT BADER, INC., Relator

_________________________________________________________________

 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 

_________________________________________________________________

 

M E M O R A N D U M   O
P I N I O N

On August 19, 2005, relator filed a petition
for writ of mandamus in this court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In its petition, relator sought to have this
court compel the Honorable Sharolyn Wood, presiding judge of the 127th District
Court, to set aside her order of August 18, 2005, which imposed sanctions for
spoliation and discovery abuse.  Relator
also filed a motion for emergency temporary relief, asking that we stay the
trial of the underlying cause pending our resolution of the petition.  See Tex.
R. App. P. 52.10.








On Monday, August 22, 2005, the trial court vacated its August
18, 2005 order.  Accordingly, relator=s petition for writ of mandamus has
been rendered moot.  We therefore dismiss
relator=s petition.  We deny relator=s motion for emergency temporary
relief.

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed August 23, 2005.

Panel consists of
Chief Justice Hedges and Justices Anderson and Seymore.